FILED: November 21, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1235
(8:20-cv-02994-LKG)

_____

FAREED N. HAYAT, an individual

        Plaintiff - Appellant

v.

SGT. CASEY DIAZ; BROOKE DOLAN; NATHAN LENHART; MARCUS G. JONES, individually and in official capacity; MONTGOMERY COUNTY, MARYLAND, a municipal entity; NICOLE MIN, individually and in official capacity

        Defendants - Appellees

_____

O R D E R

_____

For reasons appearing to the court, this case is placed in abeyance pending a decision by the United States Supreme Court in *Case v. Montana*, S.Ct. No. 24-624.

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Nwamaka Anowi, Clerk