# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 4, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 25-1235,    <u>Fareed Hayat v. Casey Diaz</u>
           8:20-cv-02994-LKG

TO:    All Parties

RESPONSE DUE: 02/09/2026

Response is required to the notice requesting information regarding similar cases on or before 02/09/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

A. Walker, Deputy Clerk
804-916-2702