### FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **25-1235**                    Date of Oral Argument: **05/08/26**

Caption: **Fareed Hayat v. Casey Diaz, et al.**

Attorney Arguing: **Aaron Ramirez**

Arguing on Behalf of (party name):

**Casey Diaz et al.**

Select party type:
☐Appellant  ☑Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **20 minutes**
Phone Number (day of argument): **202-247-5023**

Principal Argument Time: **20**          Rebuttal Argument Time (if any):
(for appellants and appellees)           (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: **N/A**
Phone Number (day of argument): **N/A**

Principal Argument Time:                  Rebuttal Argument Time (if any):
(for appellants and appellees)           (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:          Select one of the following: ☐Order allowing argument time
                                                      ☐Court-Appointed Amicus

Signature:                              Date: *March 9, 2026*

12/01/2024 NA