**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**APPEARANCE OF QUALIFIED LAW STUDENT**

---

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: _____

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____                    _____
Signature of Dean                                                                          Date

---

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: _____

I _____, hereby state that I have read and am familiar with the Code of

Professional Responsibility or Rules of Professional Conduct in force in the state in which my law

school is located.  I further state, in accordance with Local Rule 46(a), that I will neither ask for nor

receive compensation or remuneration from the person on whose behalf I am rendering services.  My

email address, to be used for electronic service in this case, is: _____.

_____                    ___02/19/26____
Signature of Student                                                                      Date

---

03/05/2014 PSC/SCC                          1 of 2

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
### APPEARANCE OF QUALIFIED LAW STUDENT

| AGREEMENT OF SUPERVISION |
|---|

Appeal No. & Caption: _____

I agree to work with _____ as supervising attorney in the
Name of student

above-referenced case.  As attorney of  record, I assume personal professional responsibility for the law

student's work and for supervising the quality of that work.

_____                    _____2/20/2026_____
Signature of Supervising Attorney                                    Date

| ACKNOWLEDGMENT OF PARTY |
|---|

Appeal No. & Caption: _____

I agree to be represented on appeal in the United States Court of Appeals for the Fourth Circuit by:

_____, a third-year law student who has
Name of law student

been certified by the Dean of _____ as qualified
Name of law school

to practice before the United States Court of Appeals for the Fourth Circuit under the rules of the court.

I understand that _____, a member of the
Name of supervising attorney

Fourth Circuit bar, will supervise the work of the law student on my behalf.

_____                    _____2.25.26_____
Signature of Party                                                    Date

2 of 2