**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**APPEARANCE OF QUALIFIED LAW STUDENT**

---

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption:  No. 25-1235, Fareed Hayat v. Casey Diaz. 8:20-cv-02994-LKG

I, Joshua C. Teitelbaum , Dean of  Georgetown University Law Center ,

a law school approved by the American Bar Association, do hereby certify that

Monica Iskander , whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____          02/14/2026
Signature of Dean                                Date

---

### STATEMENT OF LAW STUDENT

Appeal No. & Caption:  No. 25-1235, Fareed Hayat v. Casey Diaz. 8:20-cv-02994-LKG

I Monica Iskander , hereby state that I have read and am familiar with the Code of

Professional Responsibility or Rules of Professional Conduct in force in the state in which my law

school is located.  I further state, in accordance with Local Rule 46(a), that I will neither ask for nor

receive compensation or remuneration from the person on whose behalf I am rendering services.  My

email address, to be used for electronic service in this case, is: msi14@georgetown.edu .

_____          02-18-26
Signature of Student                              Date

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**APPEARANCE OF QUALIFIED LAW STUDENT**

| AGREEMENT OF SUPERVISION |
| --- |

Appeal No. & Caption: _____

I agree to work with _____ as supervising attorney in the
                                              Name of student

above-referenced case.  As attorney of  record, I assume personal professional responsibility for the law

student's work and for supervising the quality of that work.

_____                    __2/20/2026___
Signature of Supervising Attorney                                       Date

| ACKNOWLEDGMENT OF PARTY |
| --- |

Appeal No. & Caption: _____

I agree to be represented on appeal in the United States Court of Appeals for the Fourth Circuit by:

_____ , a third-year law student who has
Name of law student

been certified by the Dean of _____ as qualified
                                                        Name of law school

to practice before the United States Court of Appeals for the Fourth Circuit under the rules of the court.

I understand that _____ , a member of the
                                  Name of supervising attorney

Fourth Circuit bar, will supervise the work of the law student on my behalf.

_____                    __2.25.2026__
Signature of Party                                                            Date