FILED: March 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1235
(8:20-cv-02994-LKG)

_____

FAREED N. HAYAT, an individual

        Plaintiff - Appellant

v.

SGT. CASEY DIAZ; BROOKE DOLAN; NATHAN LENHART; MARCUS G.
JONES, individually and in official capacity; MONTGOMERY COUNTY,
MARYLAND, a municipal entity; NICOLE MIN, individually and in official
capacity

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion for an early appearance

of a qualified law student in this matter, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk