**FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT**

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number:  25-1235                Date of Oral Argument:  05/08/2026

Caption:  Fareed Hayat v. Casey Diaz, 8:20-cv-02994-LKG

Attorney Arguing:  Kylie O'Donnell

Arguing on Behalf of (party name):

 Fareed Hayat

Select party type:
☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side:  Kylie O'Donnell
Phone Number (day of argument):  (704) 604-9347

Principal Argument Time:  15                    Rebuttal Argument Time (if any):  5
(for appellants and appellees)                   (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                         Rebuttal Argument Time (if any):
(for appellants and appellees)                   (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                 Select one of the following:  ☐Order allowing argument time
                                                              ☐Court-Appointed Amicus

Signature:                                      Date:  4/23/2026

Print to PDF for Filing     Reset Form

12/01/2024 NA