

## OFFICE OF THE COUNTY ATTORNEY

Marc Elrich
*County Executive*

John P. Markovs
*County Attorney*

May 4, 2026

VIA CM/ECF

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

> Re:    **No. 25–1235, *Hayat v. Diaz, et al.***
> Defendants-Appellees' Response to Plaintiff-Appellant's Notice of Supplemental
> Authority filed Pursuant to Fed R. App. P. 28(j) filed on April 28, 2026

Dear Clerk Anowi:

Appellees file this response to Appellant's April 28, 2026, Notice of Supplemental Authorities pursuant to Fed. R. App. P. 28(j). Here, Appellant's citation of supplemental authorities submit two cases: *Kirk v. Louisiana*, 536 U.S. 635 (2002) and *Lange v. California*, 594 U.S. 295 (2021). *Lange* is ultimately distinguishable as the U.S. Supreme Court held that the pursuit of a suspect into their home to arrest for a misdemeanor (traffic offense) "does not always justify warrantless entry into a home" and required consideration of all of the circumstances. 594 U.S. at 313. Comparatively, the suspected crime in this case is kidnapping (a felony), there was only temporary investigatory detention, and the detention was also justified as an emergency involving children. Similarly, *Kirk* is inapposite, as it deals with the arrest and search of an arrestee's person inside their home. 536 U.S. at 363.

---

101 Monroe Street, Third Floor, Rockville, Maryland 20850-2540• Kristen.Nunley@montgomerycountymd.gov
MAIN 240-777-6700 • DIRECT 240-777-6755 • TTD 240-777-2545 • FAX 240-777-6705

Very truly yours,


*/s/ Kristen J. Nunley*
Kristen J. Nunley
Assistant County Attorney
*Counsel for Defendants-Appellees*


Word count: 142